UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISHENDRAL C. DAVENPORT

VERSUS

ZACHARY MANOR, ET AL.

CIVIL ACTION

21-224-SDD-SDJ

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated January 28, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment[3] filed by Defendant Zachary Manor Nursing & Rehabilitation Center, LLC (R. Doc. 68) is **GRANTED IN PART** and **DENIED IN PART**. Zachary Manor's Motion for Summary Judgment is **granted** only with respect to Plaintiff's claim for FMLA interference, and Plaintiff's claim for FMLA interference is dismissed with prejudice. Zachary Manor's Motion for Summary Judgment is **denied** in all other respects.

Signed in Baton Rouge, Louisiana the 18 day of February, 2025.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 68.
[2] Rec. Doc. 78.
[3] Rec. Doc. 68.