## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

CHRISHENDRAL C. DAVENPORT

VERSUS

ZACHARY MANOR, ET AL.

CIVIL ACTION

21-224-SDD-SDJ

## **RULING**

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated September 17, 2025, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Motion to Reconsider the Denial of Zachary Manor's Motion for Summary Judgment[4] by Defendant Zachary Manor Nursing & Rehabilitation Center, LLC, is GRANTED.

**IT IS FURTHER ORDERED** that the Court's ruling granting Defendant's Motion for Summary Judgment in part and denying it in part is VACATED.

---

[1] Rec. Docs. 68 and 84.
[2] Rec. Doc. 93.
[3] Rec. Doc. 94.
[4] Rec. Doc. 84.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary[5] is GRANTED and all of Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the  3rd  day of October, 2025.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[5] Rec. Doc. 68.